IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re: Romel Ayala ) Case No.: 15-41506
) Chapter 13
) Judge: A. Benjamin Goldgar
Debtor(s) )

NOTICE OF WITHDRAWAL

TO: **Debtor,** Romel Ayala, 3412 W. Cortland, F1 Chicago, IL 60647 *via mail*

**Trustee Marilyn Marshall,** 224 S. Michigan Ave., #800, Chicago, IL 60604, *via ECF clerk's electronic delivery system*

**U.S. Trustee,** 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

**Notice address for Wells Fargo Bank,** Attention Bankruptcy Dept., MAC #D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715 *via mail*

**Attorneys for Wells Fargo Bank:** Kinnera Bhoopal, McCalla Raymer Leibert Pierce, LLC 1 North Dearborn Suite 1200 Chicago, IL 60611 *via mail*

**See attached service list**

PLEASE TAKE NOTICE that the Motion to Modify the Plan Post Confirmation that was to be heard on **March 21, 2017 at 10:30 am** before the Honorable Judge A. Benjamin Goldgar at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois 60604 is withdrawn.

By: /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on March 20, 2017 before the hour of 5:00 p.m.

By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Phone: (847) 673-8600