| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-41506<br>Northern District of Illinois<br>Chicago<br>Mon Feb 13 17:08:55 CST 2017 | WELLS FARGO BANK, N.A.<br>MAC: X7801-014<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA  50368-8971 | Bank of America<br>Attn: Bankruptcy Dept NC4-105-0314<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Capital One<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank<br>Citicorp Credt Srvs/Centralized Bankrupt<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citimortgage<br>Citimortgage Inc/Attn: Bankruptcy.<br>Po Box 6030<br>Sioux Falls, SD 57117-6030 | Isabel Ayala<br>3412 W Cortland, Unit F1<br>Chicago, IL 60647-4815 |
| Midland Credit Management, Inc. as agent for<br>MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Nationstar Mortgage LLC<br>Attention: Bankruptcy Department<br>PO Box 619094<br>Dallas TX 75261-9094 | ROMEL AYALA<br>3412 W CORTLAND ST<br>CHICAGO, IL 60647-4815 |
| Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Wachovia Mortgage/World Savings and Loan<br>Attn: Bankruptcy Dept.(T7419-015)<br>Po Box 659558<br>San Antonio, TX 78265-9558 | Wells Fargo Bank, N.A.<br>Attn: Bankruptcy Department<br>3476 Stateview Blvd.<br>MAC# D3347-014<br>Fort Mill, SC 29715-7203 |
| Wells Fargo Bank, N.A.<br>c/o Pierce & Associates<br>1 N. Dearborn, Suite 1300<br>Chicago, IL 60602-4321 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Romel Ayala<br>3412 W Cortland, F1<br>Chicago, IL 60647-4815 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CITIMORTGAGE, INC. | (u)NATIONSTAR MORTGAGE LLC | (du)Nationstar Mortgage LLC |

End of Label Matrix
Mailable recipients    22
Bypassed recipients     3
Total                  25